**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE
2025 JUN 30 PM 3: 52

---

**LaVien Sales,**
Plaintiff,
v.
**City of New York, New York**
**41 Police Department,**
**Officers John Doe(s) and Jane Doe(s)**
**(individually and in their official capacities),**
Defendants.

Case No.: **25 CV 5440**

---

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

## INTRODUCTION

1. Plaintiff, LaVien Sales, brings this action against the Defendants under **42 U.S.C. § 1983**, alleging violations of his constitutional rights under the **Fourth** and **Fourteenth Amendments** to the United States Constitution, as well as other applicable federal and state laws.
2. This complaint arises from systemic discrimination, racial profiling, false arrests, harassment, and the filing of fraudulent reports by officers of the New York Police Department (NYPD). Plaintiff seeks compensatory and punitive damages to remedy the profound harm caused by these actions.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1343(a)(3)** (jurisdiction for civil rights violations).
4. Venue is proper in the Southern District of New York pursuant to **28 U.S.C. § 1391(b)** because the events giving rise to this complaint occurred within this district.

## PARTIES

5. Plaintiff, LaVien Sales, is a resident of the Bronx, New York, and has lived in the community for over a decade.
6. Defendant **City of New York** is a municipal corporation responsible for the policies, practices, and oversight of the NYPD.
7. Defendants **John Doe(s)** and **Jane Doe(s)** are officers of the NYPD whose names and badge numbers are currently unknown. They are sued in their

individual and official capacities.

## STATEMENT OF FACTS
### Background
8. Plaintiff resides in a historically underprivileged neighborhood within New York City and has been subjected to persistent racial profiling, harassment, and unconstitutional treatment by members of the 41 Percent NYPD over a period of ten years.

### Incident on July 1, 2024
9. On or about July 1, 2024, Plaintiff was driving in his neighborhood, searching for a parking spot, when he was racially profiled and stopped by officers without reasonable suspicion.
10. The officers demanded Plaintiff's license, registration, and insurance, claiming without basis that he was speeding. Despite Plaintiff's compliance and proof of valid registration displayed on the vehicle, the officers issued unjustified tickets, creating undue financial and emotional hardship.

### False Arrests and Fraudulent Police Reports
11. On a separate occasion, Plaintiff and his girlfriend were involved in a domestic dispute. When officers responded, they fabricated a report, falsely accusing Plaintiff of choking and injuring his girlfriend.
12. Plaintiff's girlfriend explicitly denied making such a statement, and the District Attorney declined to prosecute. However, Plaintiff was nonetheless arrested, detained, fingerprinted, and humiliated as if he had committed a crime.
13. The false arrest caused Plaintiff to lose his job, compounding the harm caused by Defendants' misconduct.

### Repeated Discrimination and Neglect
14. Over a ten-year period, Plaintiff has experienced repeated instances of racial profiling, including unwarranted traffic stops, harassment, and unjustified ticketing.
15. On several occasions, Plaintiff called 911 for police assistance, including during an assault by his girlfriend's brother, but police either failed to respond or refused to take appropriate action.
16. In one instance, Plaintiff was forced to break into his own apartment after his girlfriend's brother unlawfully changed the locks and held occupants hostage. When police arrived, they accused Plaintiff of trespassing in his own home.
17. In March 2022 another instance, a storeowner cashier refused to give Plaintiff a bag without paying over $2 for it. When Plaintiff objected to the excessive charge, the storeowner's son threatened him and reached for a shoulder bag, leading Plaintiff to call 911. a. When officers arrived, they treated Plaintiff as the suspect despite him being the 911 caller. A previous conflict with the precinct captain influenced the biased treatment. Officers

attempted to arrest Plaintiff while he was trying to retrieve items he had purchased. b. Though charges were ultimately dismissed, Plaintiff was handcuffed, arrested, fingerprinted, and treated as a criminal in front of employee that know Im regular customer and like me.

## CAUSES OF ACTION

### Count I: Violation of the Fourth Amendment (Unlawful Seizure and False Arrest)

18. Defendants violated Plaintiff's right to be free from unreasonable searches and seizures by targeting him without probable cause, issuing unwarranted tickets.

### Count II: Violation of the Fourteenth Amendment (Equal Protection Clause)

19. Defendants discriminated against Plaintiff on the basis of race, subjecting him to disparate treatment compared to similarly situated individuals of other races.

### Count III: Abuse of Process

20. Defendants abused their authority by filing false reports and escalating routine incidents into criminal matters without justification.

### Count IV: Negligent Hiring, Training, and Supervision

21. Defendant **City of New York** failed to adequately train and supervise NYPD officers, resulting in systemic misconduct and violations of Plaintiff's rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Award Plaintiff compensatory damages in the amount of $4,000,000;
b. Award punitive damages against individual Defendants to deter future misconduct;
c. Issue injunctive relief requiring the NYPD to implement reforms addressing racial profiling, harassment, and discriminatory practices;
d. Award Plaintiff reasonable attorneys' fees and costs pursuant to **42 U.S.C. § 1988**; and
e. Grant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: June 30,2025

Respectfully Submitted,

_[signature]_

LaVien Sales
1216 seneca Avenue apt.1C
Bronx Ny 10474
929 795-8609
saleslee@aol.com