```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LAVIEN SALES,                                                      :
                                                                   :
                            Plaintiff,                             :
                                                                   :     25-cv-5440 (LJL)
         -v-                                                       :
                                                                   :     ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

An initial pretrial conference was scheduled in this matter today, October 9, 2025, but Plaintiff did not appear.

The conference is rescheduled to November 3, 2025, at 2:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Plaintiff is reminded that if he would prefer the conference to be conducted over the telephone rather than in person, he should write a letter to the Court requesting that change.

Plaintiff is further informed that failure to attend the conference without good cause may result in dismissal of his case for failure to prosecute or for failure to obey this order.

SO ORDERED.

Dated: October 9, 2025
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge