```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LAVIEN SALES,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :         25-cv-5440 (LJL)
        -v-                                                      :
                                                                 :            ORDER
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

An initial pretrial conference was scheduled in this matter today, November 3, 2025, but Plaintiff did not appear.

The Court previously granted in part and denied in part Defendants' request for additional time to respond to the Court's August 18, 2025 *Valentin* order. Dkt. No. 15. The Court granted an extension until November 22, 2025, and noted that Defendants could request additional time, if necessary, at the conference on November 3, 2025. *Id.* Given that Plaintiff failed to appear at the conference, Defendants shall have until December 16, 2025 to respond to the *Valentin* order. By that same date, Defendants shall also submit a letter to the Court updating it on the status of the case and their progress in fulfilling their obligations under *Valentin*.

A conference will be rescheduled at a later point for sometime in December.

SO ORDERED.

Dated: November 3, 2025
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                       United States District Judge