

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | **EDWARD REILINGH** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | *Assistant Corporation Counsel*<br>Tel.: (212) 356-3521<br>Fax: (212) 356-3509<br>ereiling@law.nyc.gov |

November 13, 2025

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The request is GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 18.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 18, 2025

Re:   Sales v. City of New York, et al.,
        25 Civ. 5440 (LJL)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York ("Office"), and the attorney representing defendant the City of New York ("City") in the above referenced-matter. The undersigned writes to respectfully request that defendant City's obligation to answer or otherwise respond to the Complaint be held in abeyance until after plaintiff amends.

By way of background, plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, violations of his federal constitutional rights as well as state law claims stemming from two separate arrests. See ECF No. 1. The first occurring in March of 2022, in which plaintiff was arrested in a store, and the second arrest relating to a domestic incident with his girlfriend, on an unknown date. Id. On August 18, 2025, the Court issued an Order of Service, which, *inter alia*, under Valentin v. Dinkins, directed this Office to identify the John and Jane Doe officers assigned to the 41st Precinct who: 1) arrested and charged plaintiff with respect to the accusation arising from the domestic dispute; and 2) arrested and charged plaintiff for the March 2022 incident occurring in a store. See ECF No. 6. The Court further ordered that once this Office provides plaintiff with the identities of the John and Jane Doe officers plaintiff then must file an amended complaint within thirty (30) days, which would replace, not supplement the original complaint. Id. On September 17, 2025, defendant City's waiver of service was returned executed making its answer or response to the Complaint due by November 17, 2025. See ECF No. 10. On November 3, 2025 the Court granted an extension of time for this Office to respond to the Court's Valentin Order by December 16, 2025. See ECF No. 17.

In light of the foregoing and plaintiff's forthcoming amended complaint, the undersigned requests that defendants City's obligation to respond to the Complaint be held in abeyance until after plaintiff amends.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Edward Reilingh*
Edward Reilingh
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA FIRST CLASS MAIL**
Lavien Sales
*Plaintiff pro se*
1216 Seneca Ave, Apt. 1C
Bronx, NY 10474

2