UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
LAVIEN SALES,                                                           :
                                                                        :
                               Plaintiff,                               :
                                                                        :                    25-cv-5440 (LJL)
               -v-                                                      :
                                                                        :                         ORDER
CITY OF NEW YORK, et al.,                                               :
                                                                        :
                               Defendants.                              :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/2026

LEWIS J. LIMAN, United States District Judge:

Defendant City of New York has filed a letter with the Court requesting that this case be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff has failed to participate in this litigation.  Dkt. No. 23.  Defendant notes that Plaintiff has not appeared for scheduled conferences in this matter, nor has he responded to the Court's prior orders.  *Id.* at 1–2.  In particular, the Court previously ordered Plaintiff to provide Defendant with Section 160.50 release forms by January 23, 2026, so that Defendant could identify the individual officer defendants who are currently unnamed in the complaint.  Dkt. No. 21.  The Court informed Plaintiff that if he did not provide the executed releases, that failure could result in the dismissal of his entire case or in the dismissal of all claims related to his March 2022 arrest.  *Id.*  Plaintiff has apparently failed to provide Defendant with the required release forms.

Plaintiff is hereby ORDERED to file a letter with the Court by March 6, 2026, explaining why his case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failing to prosecute his case and for failing to obey the Court's orders.  Plaintiff is once again warned that

if he does not respond, his case may be dismissed.

    SO ORDERED.

Dated: February 13, 2026  
     New York, New York

                          LEWIS J. LIMAN  
                  United States District Judge

2