UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/27/2026
```

LAVIEN SALES,

                 Plaintiff,

      -v-

CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------------------X

25-cv-5440 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, April 27, 2026.  As indicated on the record at the conference:

By the end of the day today, April, 27, 2026, the City shall email Plaintiff two Section 160.50 releases: one "global" release form for Plaintiff's entire criminal history, and one form for individual incidents.  By May 15, 2026, Plaintiff shall sign and send to the City either (1) a global release form or (2) an individual form which includes any identifying information that Plaintiff possesses for the relevant officers in the incidents Plaintiff still wishes to pursue, such as physical appearances, shield numbers, and/or locations of the incidents.

Plaintiff's amended complaint, which was not filed with the Court, is considered a nullity.  Plaintiff shall be granted the opportunity to file an amended complaint with the identifying information of the persons he attempts to sue.

Plaintiff is advised that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Clinic may be able to provide advice in connection with a plaintiff's case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center;

it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM. Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address on file with the Court.  The City shall also email a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 27, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge