UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

LAVIEN SALES,

                  Plaintiff,

      -v-

CITY OF NEW YORK, et al.,

              Defendants.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2026

25-cv-5440 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On April 27, 2026, the Court issued an order directing the City to provide Plaintiff with Section 160.50 releases and for Plaintiff to sign and return those releases to the City by May 15, 2026.  *See* Dkt. No. 28.

By July 10, 2026, the parties shall file letters with the Court indicating the status of the case and whether they have complied with the Court's April 27, 2026 order.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address on file with the Court.  The City shall also email a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 24, 2026
      New York, New York

                                LEWIS J. LIMAN
                         United States District Judge